IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CODY J. HASTINGS                                                                              PLAINTIFF

v.                      Civil No. 3:24-cv-03050

SHERIFF JOHN MONTGOMERY; and
SERGEANT T. MAZE, Jail Administrator                                  DEFENDANTS

**ORDER**

TO:     **SHERIFF JOHN MONTOGMERY**
           **BAXTER COUNTY, ARKANSAS**
           **904 Hwy. 62 W.**
           **Mountain Home, AR  72653**

Plaintiff, Cody J. Hastings, has advised the Court (ECF No. 8) that he is having difficulty obtaining a completed certificate of account from detention center employees.  Sheriff Montgomery you are asked to assist Mr. Hastings in obtaining the completed certificate of account.  The completed certificate should be returned to the Court by **December 23, 2024.**

The **Clerk** is directed to send this Order to Sheriff Montgomery by certified mail, return receipt requested.   The **Clerk** is also directed to send the Sheriff and the Plaintiff blank certificate of account forms.

IT IS SO ORDERED this 2nd day of December 2024.

                                                      *s/ Christy Comstock*
                                                      CHRISTY COMSTOCK
                                                      UNITED STATES MAGISTRATE JUDGE